# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN OHIO DISTRICT
# EASTERN DIVISION

**MICHAEL S. SLAUGHTER,**

    **Plaintiff,**

                                      Case No. 2:19-cv-4867

v.                                       Judge Edmund A. Sargus, Jr.

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

## OPINION AND ORDER

This matter is before the Court for consideration of the Objections filed by the Plaintiff, Michael S. Slaughter (Doc. 17) to the Report and Recommendation of the Magistrate Judge recommending that the decision of the Commissioner of the Social Security Commissioner denying benefits be affirmed (Doc. 16).

The undersigned has carefully reviewed the record below and concludes that the decision of the Commissioner "is supported by substantial evidence and was made pursuant to proper legal standards." *Rabbers v. Comm'r of Soc. Sec.*, 582 F. 3d 647, 651 (6th Cir. 2009) (quoting *Rogers v. Comm'r of Soc. Sec.*, 486 F. 3d 234, 241 (6th Cir. 2007). The issues raised in the Plaintiff's Objections have been considered and correctly addressed by the Magistrate Judge.

The Court **ADOPTS** the Report and Recommendation of the Magistrate Judge. The decision of the Commissioner denying disability benefits in this case is **AFFIRMED**. Judgment is rendered in favor of the Commissioner.

Date: 3/23/2021                                   s/Edmund A. Sargus, Jr.
                                                              EDMUND A. SARGUS, JR., JUDGE
                                                              UNITED STATES DISTRICT COURT